# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TERRY MORELAND, et al.,<br><br>　　　　　Defendants. | Case No.: 1:12-cv-00826 AWI JLT<br><br>ORDER GRANTING STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING<br><br>(Doc. 13) |

Before the Court is the second stipulation of the parties to extend the time within which Defendants will file their responsive pleading. (Doc. 13)  Just as they reported in their original stipulation filed on June 18, 2012 (Doc. 9 at 2), the parties report they are in the thick of settlement negotiations and hope to complete the settlement without need for a responsive pleading. (Doc. 13 at 2)

Therefore, good cause appearing, the stipulation to extend the time by which Defendants will file their responsive pleading is **GRANTED**.  Defendants SHALL file their responsive pleading no later than August 7, 2012.

///

///

1

**The parties are advised that no further extensions will be granted absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **July 18, 2012**                         **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE