RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
ANNE K. EDWARDS (SBN 110424)
ALFRED KLEIN (SBN 50904)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Plaintiff, LBUBS 2004-C6
STOCKDALE OFFICE LIMITED
PARTNERSHIP, a Delaware limited
partnership and Cross-Defendants,
LBUBS 2004-C6 STOCKDALE OFFICE
LIMITED PARTNERSHIP, a Delaware
limited partnership; LBUBS 2004-C6
STOCKDALE OFFICE GP, LLC, a
Delaware limited liability company; LNR
PARTNERS CALIFORNIA MANAGER,
LLC, a California limited liability
company; and LNR PARTNERS, LLC, a
Florida limited liability company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership, <br><br> Plaintiff, <br><br> vs. <br><br> TERRY L. MORELAND, an individual and PEGGY J. MORELAND, an individual, <br><br> Defendant. | CASE NO. 1:12-CV-00826-AWI-JLT <br><br> ORDER ON STIPULATION FOR ENTRY OF ORDER RE DISMISSAL OF CASE <br><br> (FRCP 41(a)(1)(A)(i)) <br><br> Judge: Hon. Anthony W. Ishii |
| TERRY L. MORELAND, an individual and PEGGY J. MORELAND, an individual <br><br> Cross-Complainant, <br><br> vs. <br> LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership; LBUBS | |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | 2004-C6 STOCKDALE OFFICE GP, LLC, a Delaware limited liability company; LNR PARTNERS CALIFORNIA MANAGER, LLC, a California limited liability company; LNR PROPERTY, LLC, a Florida limited liability company; LNR PARTNERS, LLC, a Florida limited liability company; FIRST AMERICAN TITLE INSURANCE COMPANY, INC., a California limited liability company; and ROES 1-10, inclusive<br><br>                    Cross-Defendant. |

9

10        Plaintiff/Cross-Defendant, LBUBS 2004-C6 Stockdale Office Limited

11  Partnership, a Delaware limited partnership, and Cross-Defendants LBUBS 2004-

12  C6 Stockdale Office GP, LLC, a Delaware limited liability company; LNR Partners

13  California Manager LLC, a California limited liability company; LNR Property

14  LLC, a Delaware limited liability company; LNR Partners, LLC, a Florida limited

15  liability company, and First American Title Insurance Company, a California

16  corporation, and Defendants/Cross-Complainants Terry L. Moreland and Peggy J.

17  Moreland filed a STIPULATION FOR ENTRY OF ORDER RE DISMISSAL OF

18  CASE ("Stipulation").

19        Accordingly, IT IS HEREBY ORDERED that the Stipulation is hereby

20  granted and the Clerk shall CLOSE this case.

21

22  **IT IS SO ORDERED**.

23

24  IT IS SO ORDERED.

25  Dated:   September 27, 2012          _____

                                          CHIEF UNITED STATES DISTRICT JUDGE

26

27

28