RODI POLLOCK PETTKER CHRISTIAN
& PRAMOV, A Law Corporation
ANNE K. EDWARDS (SBN 110424)
ALFRED KLEIN (SBN 50904)
444 South Flower Street, Suite 1700
Los Angeles, California 90071-2901
Telephone: (213) 895-4900
Facsimile: (213) 895-4921

Attorneys for Plaintiff, LBUBS 2004-C6
STOCKDALE OFFICE LIMITED
PARTNERSHIP, a Delaware limited
partnership and Cross-Defendants,
LBUBS 2004-C6 STOCKDALE OFFICE
LIMITED PARTNERSHIP, a Delaware
limited partnership; LBUBS 2004-C6
STOCKDALE OFFICE GP, LLC, a
Delaware limited liability company; LNR
PARTNERS CALIFORNIA MANAGER,
LLC, a California limited liability
company; and LNR PARTNERS, LLC,  a
Florida limited liability company

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership,<br><br>Plaintiff,<br><br>vs.<br><br>TERRY L. MORELAND, an individual and PEGGY J. MORELAND, an individual,<br><br>Defendant.<br><br>TERRY L. MORELAND, an individual and PEGGY J. MORELAND, an individual<br><br>Cross-Complainant,<br><br>vs.<br>LBUBS 2004-C6 STOCKDALE OFFICE LIMITED PARTNERSHIP, a Delaware limited partnership; LBUBS | CASE NO. 1:12-CV-00826-AWI-JLT<br><br>ORDER ON STIPULATION FOR ENTRY OF ORDER RE DISMISSAL OF CASE<br><br>(FRCP 41(a)(1)(A)(i))<br><br>Judge:  Hon. Anthony W. Ishii |

1  2004-C6 STOCKDALE OFFICE GP, LLC, a Delaware limited liability company; LNR PARTNERS CALIFORNIA MANAGER, LLC, a California limited liability company; LNR PROPERTY, LLC, a Florida limited liability company; LNR PARTNERS, LLC, a Florida limited liability company; FIRST AMERICAN TITLE INSURANCE COMPANY, INC., a California limited liability company; and ROES 1-10, inclusive
2
3
4
5
6
7           Cross-Defendant.
8
9
10         Plaintiff/Cross-Defendant, LBUBS 2004-C6 Stockdale Office Limited
11 Partnership, a Delaware limited partnership, and Cross-Defendants LBUBS 2004-
12 C6 Stockdale Office GP, LLC, a Delaware limited liability company; LNR Partners
13 California Manager LLC, a California limited liability company; LNR Property
14 LLC, a Delaware limited liability company; LNR Partners, LLC, a Florida limited
15 liability company, and First American Title Insurance Company, a California
16 corporation, and Defendants/Cross-Complainants Terry L. Moreland and Peggy J.
17 Moreland filed a STIPULATION FOR ENTRY OF ORDER RE DISMISSAL OF
18 CASE ("Stipulation").
19         Accordingly, IT IS HEREBY ORDERED that the Stipulation is hereby
20 granted and the Clerk shall CLOSE this case.
21
22 **IT IS SO ORDERED**.
23
24 IT IS SO ORDERED.
25 Dated:   September 27, 2012        _____
                                     CHIEF UNITED STATES DISTRICT JUDGE
26
27
28

595789.1                    2              [PROPOSED] ORDER ON STIPULATION FOR
                                           ENTRY OF ORDER RE DISMISSAL OF CASE